UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

LOCAL 17, INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS, AFL-CIO,

    Plaintiff,

Case No. 05-72162
HON. GEORGE CARAM STEEH

v

SPE UTILITY CONTRACTORS, LLC,

    Defendant.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

At a session of said Court, held in the City of Detroit, in the Theodore Levin U.S. Courthouse, on May 1, 2006.

Present: HON. GEORGE CARAM STEEH
         UNITED STATES DISTRICT JUDGE

Pursuant to the Stipulation of the Parties,

IT IS HEREBY ORDERED that this matter is dismissed, without prejudice, and without costs and/or attorneys' fees to either party.

Dated: May 1, 2006

                                s/George Caram Steeh
                                UNITED STATES DISTRICT JUDGE